**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gerald Jermaine DANIELS, a/k/a V, Defendant–Appellant.**

**No. 15–7439.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 24, 2015.

Gerald Jermaine Daniels, Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before NIEMEYER, KING, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Jermaine Daniels appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Daniels*, No. 4:05–cr–00033–MSD–TEM–1 (E.D.Va. filed Aug. 28, 2015 & entered Aug. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*AFFIRMED.*